# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN TYRONE KING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEBRA HERNDON, Warden,<br><br>　　　　　Respondent. | NO. ED CV 06-0724 DDP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 7, 2009.

　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE